MICHAEL MALK, ESQ., APC
Michael Malk, Esq. (SBN: 222366)
1180 South Beverly Drive, Suite 600
Los Angeles, California 90035
Telephone: (310) 251-2726
Facsimile: (310) 277-0635

Attorneys for Plaintiffs PERFECTO ESPINOZA
and CESAR PEDROZA


SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699) apaley@seyfarth.com
Hayley E. Macon (SBN 224530) hmacon@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECTO ESPINOZA AND CESAR PEDROZA, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> DOMINO'S PIZZA, LLC, a Michigan Limited Liability Company; DOMINO'S PIZZA DISTRIBUTION, LLC, a Michigan Limited Liability Company; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. EDCV 07-1601-VAP (OPx) <br><br> **JOINT STIPULATION REGARDING REQUEST FOR CONTINUANCE OF CLASS CERTIFICATION HEARING DATE AND RELATED DEADLINES** |

# STIPULATION

Plaintiffs Perfecto Espinoza and Cesar Pedroza ("Plaintiffs") and Defendant Domino's Pizza LLC ("Defendant") (collectively, the "Parties") stipulate as follows:

WHEREAS, the Parties held an all-day mediation in the above-titled action on June 26, 2008;

WHEREAS, the Parties did not settle during the mediation, but believe a subsequent mediation session would be productive;

WHEREAS, the Parties and the selected mediator, Michael Dickstein, are not available for a subsequent mediation session until July 21, 2008;

WHEREAS, the Court previously ordered a mediation completion deadline of July 1, 2008;

WHEREAS, the Court previously ordered a class certification discovery cut-off date of June 27, 2008;

WHEREAS, Defendant noticed the deposition of Cesar Pedroza, but the Parties were unable to find a mutually-agreeable date for the deposition prior to June 27, 2008;

WHEREAS, Defendant subpoenaed witnesses Daniel Arreola, Felipe Campos, Ian Hall, and Alex Morales, but those witnesses did not appear for deposition at the time and place listed on the subpoena;

WHEREAS, the Court set the following briefing schedule for class certification briefing:

1. Deadline for filing and service of Plaintiffs' Motion for Class Certification: July 28, 2008;

2. Deadline for filing and service of Defendant's Opposition to Plaintiffs' Motion for Class Certification: September 2, 2008;

      3.      Deadline for filing and service of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification: September 22, 2008; and

      4.      Hearing date for Plaintiffs' Motion for Class Certification: October 6, 2008, 10:00 a.m.

WHEREAS, the Parties believe it would not be an efficient use of resources for Plaintiffs to file their Motion for Class Certification while the Parties are still actively mediating this matter;

IT IS HEREBY STIPULATED by and through the undersigned parties that:

1. The deadline for Plaintiffs to file and serve a Motion for Class Certification is continued from July 27, 2008 to September 9, 2008;

2. The deadline for Defendant to Oppose Plaintiff's Motion for Class Certification is continued from September 2, 2008 to October 17, 2008;

3. The deadline for Plaintiffs to file and serve a Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification is continued from September 22, 2008 to November 7, 2008;

4. The hearing for Plaintiff's Motion for Class Certification is continued from October 6, 2008 at 10:00 a.m. to December 2, 2008 at 10:00 a.m.; and

5. The depositions of Cesar Pedroza, Daniel Arreola, Felipe Campos, Ronito Conones, Jr., Ian Hall, and Alex Morales may go forward on a date that is agreeable for both the Parties and the witnesses in question on or before August 8, 2008.

1 | DATED: July 3, 2008               MICHAEL MALK, ESQ., APC
2
3                                     By *Michael Malk*
4                                        Michael Malk
                                      Attorneys for Defendant
5                                     DOMINO'S PIZZA, LLC

6 | DATED: July 7, 2008               SEYFARTH SHAW LLP
7
8                                     By *Hayley Macon*
                                         Andrew M. Paley
9                                        Hayley E. Macon
                                      Attorneys for Defendant
10                                    DOMINO'S PIZZA, LLC

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

JOINT STIPULATION REGARDING REQUEST FOR CONTINUANCE OF CLASS CERT HEARING DATE
LA1 6703659.1