| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Andrew M. Paley (SBN 149699) apaley@seyfarth.com<br>Hayley E. Macon (SBN 224530) hmacon@seyfarth.com |
| 3 | 2029 Century Park East, Suite 3300<br>Los Angeles, California 90067-3063 |
| 4 | Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 |
| 5 | Attorneys for Defendant |
| 6 | DOMINO'S PIZZA, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECTO ESPINOZA AND CESAR PEDROZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINO'S PIZZA, LLC, a Michigan Limited Liability Company; DOMINO'S PIZZA DISTRIBUTION, LLC, a Michigan Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. EDCV 07-1601-VAP (OPx)<br><br>**DOMINO'S PIZZA LLC'S NOTICE OF MOTION TO STAY DISCLOSURE, DISCOVERY AND MOTION PROCEEDINGS PENDING APPELLATE RESOLUTION OF: (1) DEFENDANT'S PETITION FOR PERMISSION TO APPEAL FROM ORDER GRANTING CLASS CERTIFICATION; AND (2) IF PERMISSION IS GRANTED, ITS APPEAL**<br><br>Date: June 15, 2009<br>Time: 10:00 a.m.<br>Ctrm: 2<br>Judge: Hon. Virginia A Phillips |

///
///
///
///
///
///

LA1 6779676.1

1     Please take notice that, on June 15, 2009 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge Virginia A. Phillips, United States District Court for the Central District of California, Courtroom 2, 3470 Twelfth Street, Riverside, California, Defendant Domino's Pizza LLC ("Domino's") will, and hereby does, move for an order staying any and all further mandatory disclosures, discovery proceedings, and non-emergency motion practice pending the decision of the Ninth Circuit of the United States Courts of Appeal on Domino's recently-filed petition, under Federal Rules of Appellate Procedure ("FRAP") Rule 5 and Federal Rules of Civil Procedure ("FRCP") Rule 23(f), seeking permission to appeal this Court's February 18, 2009 class certification order in this action (the "petition"), and, should the petition be granted, pending the Ninth Circuit's resolution of Domino's appeal of the class certification order.

DATED: May 21, 2009　　　　　　　　　SEYFARTH SHAW LLP

By/s/ Hayley E. Macon
　　Andrew M. Paley
　　Hayley E. Macon
Attorneys for Defendant
DOMINO'S PIZZA, LLC

LA1 6779676.1

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF LOS ANGELES )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On May 22, 2009, I served the within documents:

**DOMINO'S PIZZA LLC'S NOTICE OF MOTION TO STAY DISCLOSURE, DISCOVERY AND MOTION PROCEEDINGS PENDING APPELLATE RESOLUTION OF: (1) DEFENDANT'S PETITION FOR PERMISSION TO APPEAL FROM ORDER GRANTING CLASS CERTIFICATION; AND (2) IF PERMISSION IS GRANTED, ITS APPEAL**

☐ I sent such document from facsimile machine (310) 201-5219 on June 26, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ electronically by using the Court's ECF/CM System.

Michael Malk, Esq.
MALK LAW FIRM
1180 S. Beverly Drive
Suite 600
Los Angeles, CA 90035
**Co-Counsel for Plaintiffs**

Barry Goldstein, Esq.
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
**Co-Counsel for Plaintiffs**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    Executed on May 22, 2009, at Los Angeles, California.

_____
Heidi Schmid

LA1 6668096.1