1   SEYFARTH SHAW LLP
    Andrew M. Paley (SBN 149699) apaley@seyfarth.com
2   Hayley E. Macon (SBN 224530) hmacon@seyfarth.com
    2029 Century Park East, Suite 3300
3   Los Angeles, California 90067-3063
    Telephone: (310) 277-7200
4   Facsimile: (310) 201-5219

5   Attorneys for Defendant
    DOMINO'S PIZZA LLC

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12  PERFECTO ESPINOZA AND CESAR        )   Case No. EDCV 07-1601-VAP (OPx)
    PEDROZA, individually and on behalf )
13  of all others similarly situated,   )   **DECLARATION OF HAYLEY E.**
                                        )   **MACON IN SUPPORT OF**
14                Plaintiffs,           )   **DOMINO'S PIZZA LLC'S**
                                        )   **MOTION TO STAY**
15            v.                        )   **DISCLOSURES, DISCOVERY**
                                        )   **AND MOTION PROCEEDINGS**
16  DOMINO'S PIZZA, LLC, a Michigan     )   **PENDING APPELLATE**
    Limited Liability Company; DOMINO'S )   **RESOLUTION OF: (1)**
17  PIZZA DISTRIBUTION, LLC, a          )   **DEFENDANT'S PETITION FOR**
    Michigan Limited Liability Company; )   **PERMISSION TO APPEAL**
18  and DOES 1-100, inclusive,          )   **FROM ORDER GRANTING**
                                        )   **CLASS CERTIFICATION; AND**
19                Defendants.           )   **(2) IF PERMISSION IS**
                                        )   **GRANTED, ITS APPEAL**
20  _____)

21                                          Date:  June 15, 2009
                                            Time:  10:00 a.m.
22                                          Ctrm:  2
                                            Judge: Hon. Virginia A Phillips
23

24  ///

25  ///

26  ///

27  ///

28  ///

LA1 6779683.1

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

I, Hayley E. Macon, declare as follows:

1.      I am an attorney duly licensed to practice before this Court.  I am an attorney with the law firm of Seyfarth Shaw, attorneys of record for the Defendant in this matter.  The following facts are true of my own personal knowledge, as to which I could competently testify.

2.      On March 4, 2009, Defendant filed with the Ninth Circuit a petition for permission to appeal the class certification order issued in the above-captioned matter.

3.      On March 20, 2009, I contacted Plaintiffs' counsel, Michael Malk, to discuss the instant motion.  I was unable to reach him and left a voicemail message.

4.      On March 23, 2009, I had a telephone conference with Mr. Malk regarding whether Plaintiffs would stipulate to a stay of this matter pending the Court of Appeal's decision on Defendant's Petition for Permission to Appeal from Court's Order Granting Class Certification and, if granted, pending the Appeal itself.  Mr. Malk informed me that Plaintiffs would not stipulate to the requested stay.

5.      The concurrently-filed motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 23, 2009.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

///

///

///

///

-2-

LA1 6779683.1

1    DATED: May 21, 2009                          SEYFARTH SHAW LLP

2

3                                                 By/s/  Hayley E. Macon
                                                         Andrew M. Paley
4                                                        Hayley E. Macon
                                                  Attorneys for Defendant
5                                                 DOMINO'S PIZZA, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        -3-

LA1 6779683.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                                 ) ss
COUNTY OF LOS ANGELES   )

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On May 22, 2009, I served the within documents:

**DECLARATION OF HAYLEY E. MACON IN SUPPORT OF DOMINO'S PIZZA LLC'S MOTION TO STAY DISCLOSURES, DISCOVERY AND MOTION PROCEEDINGS PENDING APPELLATE RESOLUTION OF: (1) DEFENDANT'S PETITION FOR PERMISSION TO APPEAL FROM ORDER GRANTING CLASS CERTIFICATION; AND (2) IF PERMISSION IS GRANTED, ITS APPEAL**

☐    I sent such document from facsimile machine (310) 201-5219 on June 26, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒    electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Michael Malk, Esq.<br>MALK LAW FIRM<br>1180 S. Beverly Drive<br>Suite 600<br>Los Angeles, CA 90035<br>**Co-Counsel for Plaintiffs** | Barry Goldstein, Esq.<br>GOLDSTEIN, DEMCHAK, BALLER,<br>BORGEN & DARDARIAN<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>**Co-Counsel for Plaintiffs** |

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

     Executed on May 22, 2009, at Los Angeles, California.

_____
Heidi Schmid

LA1 6668096.1