UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECTO ESPINOZA AND CESAR PEDROZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINO'S PIZZA, LLC, a Michigan Limited Liability Company; DOMINO'S PIZZA DISTRIBUTION, LLC, a Michigan Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. EDCV 07-1601-VAP (OPx)<br><br>Judge: Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER GRANTING DOMINO'S PIZZA LLC'S MOTION FOR STAY PENDING INTERLOCUTORY APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |

///
///
///
///
///
///
///

1  GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that, in the interests of judicial economy, this case be stayed pending Domino's Petition for Interlocutory Appeal to the Ninth Circuit Court of Appeals of the Order granting class certification.

IT IS SO ORDERED.

DATED: _____, 2009

THE HON. VIRGINIA A. PHILLIPS
U.S. DISTRICT COURT JUDGE

LAI 6779674.1

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On May 22, 2009, I served the within documents:

**[PROPOSED] ORDER GRANTING DOMINO'S PIZZA LLC'S MOTION FOR STAY PENDING INTERLOCUTORY APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS**

☐ I sent such document from facsimile machine (310) 201-5219 on June 26, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Michael Malk, Esq.<br>MALK LAW FIRM<br>1180 S. Beverly Drive<br>Suite 600<br>Los Angeles, CA 90035<br>**Co-Counsel for Plaintiffs** | Barry Goldstein, Esq.<br>GOLDSTEIN, DEMCHAK, BALLER,<br>BORGEN & DARDARIAN<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>**Co-Counsel for Plaintiffs** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on May 22, 2009, at Los Angeles, California.

_____
Heidi Schmid

LA1 6668096.1