**FILED**

MAY 28 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PERFECTO ESPINOZA; et al.,<br><br>    Plaintiffs - Respondents,<br><br>  v.<br><br>DOMINO'S PIZZA, LLC, a Michigan Limited Liability Company; et al.,<br><br>    Defendants - Petitioners. | No. 09-80046<br><br>D.C. No. 5:07-cv-01601-VAP<br>Central District of California,<br>Riverside<br><br>ORDER |



Before: LEAVY and CALLAHAN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's February 18, 2009 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

nmg/MOATT

09-80046