Frank Cronin (#69840)
fcronin@swlaw.com
Brian Mills (#216078)
bmills@swlaw.com
Snell & Wilmer L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Tel: 714-427-7000  Fax: 714-427-7799

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECTO ESPINOZA AND CESAR PEDROZA, et al. <br> Plaintiff(s) <br> v. <br> DOMINO'S PIZZA, LLC, et al. <br> Defendant(s). | CASE NUMBER <br> EDCV 07-1601-VAP (OPx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Domino's Pizza, LLC      ☐ Plaintiff  ☑ Defendant  ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of __Frank Cronin and Brian Mills of Snell & Wilmer L.L.P.__
_New Attorney_
as attorney of record in place and stead of __Andrew M. Paley and Hayley E. Macon of Seyfarth Shaw LLP__
_Present Attorney_

Dated November 25, 2009

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated November 30, 2009

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated November 30, 2009

_Signature of New Attorney_

69840
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY