MELISSA M. HARNETT (Bar No. 164309)
  mharnett@wccelaw.com
JESSE B. LEVIN (Bar No. 268047)
  jlevin@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile:  (818) 345-0162

BARRY GOLDSTEIN (Bar No. 141868)
  goldstein.barry22@gmail.com
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:  (510) 287-4300
Facsimile:   (510) 835-1417

MICHAEL MALK (Bar No. 222366)
  mm@malklawfirm.com
MALK LAW FIRM
1180 South Beverly Drive, Suite 600
Los Angeles, CA  90035
Telephone:  (310) 203-0016
Facsimile:   (310) 499-5210

Attorneys for Plaintiffs, PERFECTO
ESPINOZA and CESAR PEDROZA, and
all others similarly situated,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PERFECTO ESPINOZA and CESAR PREDROZA, individually and on behalf of all others similarly situated, | CASE NO. EDCV 07-1601-VAP (OPx) |
| Plaintiff, | **NOTICE OF SETTLEMENT STATUS** |
| vs. | |
| DOMINO'S PIZZA, LLC, a Michigan Limited Liability Company, DOMINO's PIZZA DISTRIBUTION, LLC, a Michigan Limited Liability Company; and DOES 1-100, inclusive, | Honorable Virginia A. Phillips |
| Defendant. | |

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

949817.1

**NOTICE IS HEREBY GIVEN** to this Honorable Court that the Plaintiffs, Perfecto Espinoza and Cesar Pedroza ("Plaintiffs"), and Defendant, Domino's Pizza ("Defendant"), (collectively "the parties"), remain in final negotiations over the Class Action Settlement Agreement.  On April 27, 2010 the parties filed a Notice of Settlement that put forward a schedule in which the Settlement Agreement would be completed by May 7; 2010; however, Defendant provided Plaintiffs its very first draft of said Agreement on May 5, 2010.  Because the Court has yet to sign the Proposed Order lodged with the prior Notice, Plaintiffs hereby advise the Court that the originally proposed schedule is no longer feasible.  Plaintiffs are in the process of working with Defendant to finalize the Settlement Agreement as expeditiously as possible while still ensuring that the Agreement is fair and reasonable to the class. Once the Agreement is complete, Plaintiffs will endeavor thereafter to timely file a Motion for Preliminary Approval.

DATED: May _12, 2010          **WASSERMAN, COMDEN,**
                              **CASSELMAN & ESENSTEN, L.L.P.**
                              MELISSA M. HARNETT
                              JESSE B. LEVIN


                              By: /s/ Jesse B. Levin
                                      JESSE B. LEVIN
                              Attorneys for Plaintiffs, PERFECTO
                              ESPINOZA and CESAR PEDROZA, and all
                              others similarly situated,

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033