UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PERFECTO ESPINOZA and CESAR PEDROZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMINO'S PIZZA LLC, a Michigan Limited Liability Company, DOMINO'S PIZZA DISTRIBUTION LLC, a Delaware Limited Liability Company, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. EDCV 07-1601-VAP (OPx)<br><br><br>CLAIM FORM |

If you are interested in the possibility of receiving settlement monies in connection with *Espinoza et al. v. Domino's Pizza LLC et al.*, you must fully complete this Claim Form and send it no later than **[TBD]** to the following entity at the following address:

Simpluris, Inc.
3176 Pullman Street, Suite 123
Costa Mesa, CA 92626
Toll Free **[TBD]**
E-mail: **[TBD]**

Your potential share of the settlement is based on the total number of weeks you worked for Domino's Pizza LLC ("Domino's") as a driver or route pro in California (not including holidays, vacation, workers' compensation, or any other paid or unpaid leave time) from October 29, 2003, through **[TBD:  The date of Preliminary Approval]**.  Domino's records show that, within that period, you worked for the following number of weeks: _____.

If the Court grants final approval of the settlement, if you are determined to be a qualifying claimant, and if you complete and timely return this Claim Form, a check for your share of the settlement will be mailed to you.  If you do not wish to participate in the settlement you may opt out of the settlement by completing and timely returning the enclosed "Election to Opt Out of Class Action Settlement" Form.

If you do not agree with the number of weeks stated above, you may challenge them by completing the "Correction to Number of Weeks Worked" section below.  Your eligibility for

1
CLAIM FORM AND CLASS MEMBER RELEASE
Exhibit 3

12231205.1

settlement proceeds will not be affected by such a challenge.  Note that by presumption Domino's records will control the determination regarding your work weeks.

## CLASS MEMBER INFORMATION

As a condition of potential payment you must truthfully complete the information below and certify that all of the following statements are true:

A.   NAME AND ADDRESS

1.   Full Name:
   _____

2.   Social Security Number:
   _____

3.   Address:
   _____

4.   City: _____

5.   State: _____

6.   Zip code: _____

7.   Phone Number:
   _____

8.   Email Address (optional):
   _____

## CLASS MEMBER RELEASE

I would like to participate in the settlement, and potentially receive a share of the settlement funds.

I believe that the information listed above correctly states the number of weeks I worked in California as a driver or a route pro for Domino's, from October 29, 2003, through **[TBD: The date of Preliminary Approval]**.

I affirm that I involuntarily missed thirty-minute off-duty meal breaks while employed by Domino's.

I affirm that I have not settled, released, or received judgment or awards as to the claims at issue in the above-captioned lawsuit.

   The full release applicable to my claims if I do not complete an opt out form is set forth in the Settlement Agreement between Perfecto Espinoza, Cesar Pedroza, Individually and on Behalf of the Class, and Domino's Pizza LLC.

   I understand and agree that after all challenges regarding weeks worked are resolved, after receiving my signed and dated Claim Form**,** and after the Court gives final approval to the settlement, the Settlement Administrator will mail a check to me for my share of the settlement if I am determined to be a qualifying claimant.  I further understand and agree that whether or not I cash the check issued to me, the settlement will be binding on me.

   I declare under penalty of perjury that, to the best of my knowledge and belief, that all of the information is true and correct.

   Signed this __ day of _____, 2011, at _____.

   The completed Claim Form must be post-marked no later than **[TBD]**, or it will be deemed untimely, and you will not receive a share of the settlement.

## **CORRECTION TO NUMBER OF WEEKS WORKED**

If you do not agree with the number of weeks worked as stated above but would like to participate in the settlement, you may challenge your weeks worked listed above by completing the following section, and sending this form to Simpluris, Inc. at the address listed above so that is it postmarked no later than **[TBD]**.

Between October 29, 2003 and _____, I believe I worked the following number of weeks during the following dates as a driver or route pro for Domino's in California:

From _____, _____ to _____, _____.

       month, day        year              month, day          year

I worked _____ weeks.

You should include any documentary evidence you have that supports your claim (such as pay stubs reflecting dates of employment and weeks worked. A W-2 form will not be considered sufficient evidence.

If you claim a different number of weeks worked, Domino's and class counsel shall review your employment records and make a determination as to whether the information that you provided is correct, subject to the presumption that Domino's records shall presumptively control. This determination may increase or decrease the amount of your settlement share. All such determinations are final and binding with no opportunity for further appeal. Your challenge will not affect your ability to participate in the settlement.

I declare under penalty of perjury that, to the best of my knowledge and belief, all of the information provided by me herein is true and correct.

Signed this __ day of _____, 2011, at _____.

_____
    Date                                                   Signature