UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

(UNLIMITED JURISDICTION)

| | |
|---|---|
| PERFECTO ESPINOZA and CESAR PEDROZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMINO'S PIZZA LLC, a Michigan Limited Liability Company, DOMINO'S PIZZA DISTRIBUTION LLC, a Delaware Limited Liability Company, and DOES 1-100, inclusive,<br><br>       Defendants. | Case number: EDCV 07-1601-VAP (OPx)<br><br>**ELECTION TO OPT-OUT FROM CLASS ACTION SETTLEMENT FORM** |

TO THE HONORABLE COURT, AS WELL AS THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**ELECTION TO BE EXCLUDED (OPT-OUT) FROM CLASS ACTION SETTLEMENT**

The undersigned _____ hereby elects to be excluded (opt-out) from the above captioned Class Action Settlement in accordance with the provisions of the Notice of Class Action Settlement. I understand that I will not receive any settlement monies as part of the Class Action Settlement. **DO NOT FILL OUT THIS FORM IF YOU WISH TO RECEIVE SETTLEMENT MONIES.**

DATE: _____          _____
                        SIGNATURE
                        _____
                        STREET ADDRESS
                        _____

ELECTION TO BE EXLUDED (OPT-OUT) FROM CLASS ACTION SETTLEMENT
BENNETM\SWDMS\12147471.1

Exhibit 4

                                                       CITY, STATE, ZIP

                                                       _____
                                                       TELEPHONE NUMBER

**THIS DOCUMENT MUST BE RECEIVED NO LATER THAN _____, 2011.**
                Simpluris, Inc. 3176 Pullman Street, Suite 123, Costa Mesa, CA 92626.

**DO NOT FILL OUT THIS FORM IF YOU WISH TO RECEIVE SETTLEMENT MONIES** If you wish to have confirmation that the Settlement Administrator has received your Opt-Out Form, please send your Opt-Out Form to the Settlement Administrator by certified U.S. Mail with a return-receipt request.

    ELECTION TO BE EXLUDED (OPT-OUT) FROM CLASS ACTION SETTLEMENT
    BENNETM\SWDMS\12147471.1

Exhibit 4