UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 07-01601-VAP (OPx)                    Date:  June 18, 2012

Title:  PERFECTO ESPINOZA AND CESAR PEDROZA, individually and on behalf of all others similarly situated -v- DOMINO'S PIZZA, LLC, a Michigan Limited Liability Company; DOMINO'S PIZZA DISTRIBUTION, LLC, a Michigan Limited Liability Company; and DOES 1-100, inclusive
==================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Jim Holmes, Relief Courtroom Deputy | Theresa Lanza Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Jesse B. Levin Michael Malk | Frank Cronin |

PROCEEDINGS:   (1)   Motion by Plaintiff's Counsel for Fees and Costs and Incentive Award, ECF No. 128;

(2)   Plaintiff's Motion for Final Approval of Class Action Settlement, ECF 136

     The Court issues a tentative ruling, hears oral argument.  Movant Counsel may have until July 9, 2012, to submit appropriate billing statements as discussed on the record.  Thereafter, this matter will stand submitted.

MINUTES FORM 11                                    Initials of Deputy Clerk:  jh-relief
CIVIL -- GEN                    Page 1            Time:  /09